**Dated: January 20, 2016**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**JEFFREY SCOTT THOMPSON,**

    DEBTOR.

Case No.: BK-15-12621-JDL
Chapter 13

### AGREED ORDER ON OBJECTION TO CLAIM BY DEBTOR

THIS MATTER comes on before the Court on the Objection to Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for the RMAC REMIC Trust, Series 2009-4's Proof of Claim filed by the Debtor on November 13, 2015 and the Response to the Objection filed by Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for the RMAC REMIC Trust, Series 2009-4 on November 25, 2015. The parties, through counsel, announced to the Court that an agreement was reached regarding the treatment of Claim No. 9 filed on October 4, 2015. Based upon such announcement and representation of the counsel for the parties, the Court adopts the agreement of the parties and orders the following:

    1.    Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for the RMAC REMIC Trust, Series 2009-4 has completed a Loan Modification with the

Debtor. This Order operates as Court approval of the Loan Modification.

2. The arrearages listed in the Proof of Claim have been capitalized under the Loan Modification agreement, and therefore will not be paid under Plan.

3. An Amendment to Claim #9 will be filed reflecting the above findings.

All findings of fact are based upon representation of counsel.

IT IS SO ORDERED, that the Objection has been satisfied.

# # #

APPROVED FOR ENTRY:


s/ D. Neal Martin_____
D. Neal Martin, OBA #5721
P. O. Box 67
Shawnee, Oklahoma 74802-0067
Phone: (405) 275-4910
Facsimile: (405) 275-3052
e-mail: dnealmartin@att.net

**ATTORNEY FOR THE DEBTOR**


s/ Jim Timberlake_____
Jim Timberlake, OBA # 14945
Baer & Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Email: jtimberlake@baer-timberlake.com

**ATTORNEY FOR MOVANT/CREDITOR**