IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**JEFFREY SCOTT THOMPSON**
    **A/K/A JEFF S THOMPSON**
    **A/K/A JEFF THOMPSON**
    **A/K/A JEFFREY S. THOMPSON,**

    DEBTOR.

Case No.: BK-15-12621-JDL
Chapter 13

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND BRIEF IN SUPPORT THEREOF AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW, WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2009-4, (hereinafter referred to as Movant) and pursuant to the provisions of Title 11 U.S.C §361, §362 and §554, moves the Court to grant it relief from the automatic stay and for an order of abandonment of the property hereinafter described. In support of its Motion, Movant alleges and states as follows:

1. That the original makers, for a good and valuable consideration, made, executed and delivered to the Payee, a certain written promissory note; a true copy of said note and endorsements thereon, if any, is hereto attached, and made a part hereof.

2. As a part of the same transaction, and to secure the payment of said note and the indebtedness represented thereby, the said makers, being then the owners of the real estate hereinafter described, made, executed and delivered to the Payee, a real estate mortgage in writing, and therein and thereby mortgaged and conveyed to said mortgagee the following described real estate situated in Pottawatomie County, State of Oklahoma, to-wit:

    The North 10 acres of the Northwest Quarter of the Southwest Quarter (NW/4 SW/4) of Section Twenty (20), Township Nine (9) North, Range Three (3) East of the Indian Meridian, Pottawatomie County, Oklahoma.
    a/k/a 22529 Bethel Road, Tecumseh, OK  74873

with the buildings and improvements and the appurtenances, hereditaments and all other rights thereunto appertaining or belonging, and all fixtures then or thereafter attached or used in connection with said premises.  A true and correct copy of said mortgage is attached hereto, and made a part hereof.

    3.  Movant is duly authorized to bring this action.

    4.  Default has been made upon said note and mortgage.  As of April 21, 2017, the loan is due for the July 1, 2015, and subsequent payments with an outstanding principal balance of $233,538.34 plus accruing interest, attorney fees, costs and expenses, and other allowable charges.

    5.  The mortgage of Movant constitutes a valid lien against the mortgaged property, prior and superior to any right, title, lien, estate or interest of the Debtor or Estate.

    6.  Movant will suffer irreparable injury, loss and damage unless the automatic stay is terminated so as to permit Movant to commence with foreclosure action.

    7. Notice of the Motion has been afforded to the Trustee, the Debtor and all parties claiming an interest in the subject property.

    WHEREFORE, Movant requests that Movant, through its agents, servicers and representatives is permitted to contact Debtor(s) and/or Debtor('s") counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification or other loss mitigation alternatives.

    WHEREFORE, Movant moves the Court for an Order vacating or modifying the automatic stay herein as provided by 11 U.S.C. §362 and directing the Trustee herein to abandon the mortgaged property as authorized by 11 U.S.C. §554 so as to permit Movant and other interested parties to enforce their liens against the subject property.

**NOTICE OF OPPORTUNITY FOR HEARING**

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned Movant attorney (and others who are required to be served) and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14 day period includes the 3 days allowed for mailing provided for the Rule 9006(f) Fed.R.Bankr. Proc.

    WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2009-4

By:     s/ Matthew J. Hudspeth
    MATTHEW J. HUDSPETH - #14613
    JIM TIMBERLAKE - #14945
    Baer Timberlake, P.C.
    4200 Perimeter Center, Suite 100
    Oklahoma City, OK 73102
    Telephone: (405) 842-7722
    Fax: (918) 794-2768
    mhudspeth@baer-timberlake.com
    Attorney for Movant

## **CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true and correct copy of the above and foregoing Motion with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below, and to those parties listed on the attached Creditor's Mailing Matrix, on April 28, 2017.

Jeffrey Scott Thompson  
P.O. Box 578  
Tecumseh, OK  74873

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman  
P.O. Box 1948  
Oklahoma City, OK  73101

D. Neal Martin  
P.O. Box 67  
Shawnee, OK  74802

      By:    s/ Matthew J. Hudspeth  
               MATTHEW J. HUDSPETH - #14613  
               JIM TIMBERLAKE - #14945  
               Baer Timberlake, P.C.  
               4200 Perimeter Center, Suite 100  
               Oklahoma City, OK 73102  
               Telephone: (405) 842-7722  
               Fax: (918) 794-2768  
               mhudspeth@baer-timberlake.com  
               Attorney for Movant